IN THE

UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

July 20, 2007

No. 06-2674

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*,

*v.*

AMEN E. JUMAH,

*Defendant-Appellee*.

———————

Appeal from the United States District Court
for the Northern District of Illinois,
Eastern Division.
No. 04 CR 237--**John W. Darrah,** *Judge*.

———————

ORDER

———————

Before RIPPLE, KANNE and SYKES, *Circuit Judges*.

RIPPLE, *Circuit Judge*.  The opinion in this case, entered on July 16, 2007, is amended as follows:  The case citation appearing on pages 17 and 20, is changed from *United States v. Dominguez Rodriguez*, 542 U.S. 74, to *United States v. Dominguez Benitez*, 542 U.S. 74.